## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FARHAD SIMPSON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 18-1272** |
| | : | |
| **PHILADELPHIA SHERIFF'S** | : | |
| **OFFICE, a/k/a OFFICE OF THE** | : | |
| **SHERIFF, CITY AND COUNTY OF** | : | |
| **PHILADELPHIA, a/k/a CITY OF** | : | |
| **PHILADELPHIA, a/k/a COUNTY OF** | : | |
| **PHILADELPHIA, SHERIFF JEWELL** | : | |
| **WILLIAMS, AND JOHN DOE** | : | |
| **SHERIFF'S OFFICER OPERATING** | : | |
| **SHERIFF'S VAN,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 7th day of January 2019, upon consideration of the City of Philadelphia's and Sheriff Jewell Williams' Motion to Dismiss [Doc. 2], Plaintiff's response thereto [Doc. 5], and after oral arguments held on December 12, 2018, it is hereby **ORDERED** that:

1.  The Motion as it relates to the City of Philadelphia is **GRANTED in part and DENIED in part**.  The Motion to Dismiss is **DENIED** as to Count IV.  The Motion to Dismiss is **GRANTED** as to Counts II and III, which are **DISMISSED with prejudice**.

2.  The Motion as it relates to Sheriff Williams is **GRANTED in part and DENIED in part**.  The Motion to Dismiss is **DENIED** as to Count IV in his individual capacity.  The Motion to Dismiss is **GRANTED** as to Counts I, II, and III, which are **DISMISSED without prejudice**, and as to Count IV in his official capacity, which is **DISMISSED with prejudice**.

3.  Plaintiff is **GRANTED** leave to file an Amended Complaint as to Counts I, II, and III against Sheriff Williams, no later than **January 22, 2019**.  If Plaintiff does not file an

Amended Complaint, then the City shall answer Counts I and IV, and Sheriff Williams shall answer Count IV in his individual capacity, no later than **February 5, 2019**.

**IT IS SO ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**