# Shannon Zabel

| | |
|---|---|
| **From:** | Shannon Zabel |
| **Sent:** | Wednesday, May 29, 2019 4:32 PM |
| **To:** | Stephen Cristal |
| **Subject:** | Simpson v. City of Philadelphia, et al. - Defendants' Discovery Requests |
| **Attachments:** | Defendants' First Set of Interrogatories and RFP Directed to Plaintiff.pdf |

Stephen,

Attached please find Defendants' First Set of Requests for Production of Documents and Interrogatories directed to Plaintiff in the above captioned matter. I have mailed copies to your office as well. Plaintiff's responses are due in 30 days.

Thank you,

Shannon Zabel
Assistant City Solicitor
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Fl.
Philadelphia, PA 19102
(215) 683-5114