# Shannon Zabel

**From:** Shannon Zabel
**Sent:** Wednesday, June 19, 2019 12:03 PM
**To:** cristallawfirm@aol.com
**Subject:** Simpson v. City of Philadelphia, et al. - Deposition of Plaintiff

Hi Stephen,

Could you please give me some dates in the next three weeks when your client is available for a deposition?

Thanks,

Shannon Zabel
Assistant City Solicitor
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Fl.
Philadelphia, PA 19102
(215) 683-5114

1