# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FARHAD SIMPSON, | : | |
|         **Plaintiff,** | : | |
| | : | |
|    **v.** | : | **CIVIL ACTION NO. 18-1272** |
| | : | |
| PHILADELPHIA SHERIFF'S | : | |
| OFFICE, a/k/a CITY OF | : | |
| PHILADELPHIA, AND SHERIFF | : | |
| JEWELL WILLIAMS, AND DEPUTY | : | |
| SHERIFF'S OFFICER DAVID | : | |
| CERVINO, | : | |
|         **Defendants.** | : | |

## ORDER

**AND NOW**, this 30th day of July 2019, for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the above-captioned case is **DISMISSED without prejudice** for failure to prosecute.  It is **FURTHER ORDERED** that the Clerk of Court shall promptly send a copy of the Memorandum Opinion and Order to Plaintiff's address listed in the Complaint:  2636 S. Shields Street, Philadelphia Pennsylvania 19142.  Plaintiff may file a motion to reinstate the case within **21 days** of this Order.

The Clerk is directed to **CLOSE** this case for statistical purposes.

It is so **ORDERED**.

                                                      **BY THE COURT:**

                                                      **/s/ Cynthia M. Rufe**

                                                      _____

                                                      **CYNTHIA M. RUFE, J.**